ACCEPTED
03-11-00462-CV
4105523
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 11:14:50 AM
JEFFREY D. KYLE
CLERK

## NO. 03-11-00462-CV

### *In the Court of Appeals for the Third Judicial District Austin, Texas*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 11:14:50 AM
JEFFREY D. KYLE
Clerk

**SANADCO INC., A TEXAS CORPORATION, AND MAHMOUD A. ISBA, A/K/A MAHMOUD AHMED ABUISBA, A/K/A MIKE ISBA, INDIVIDUALLY, ET AL,**
*Appellant,*

v.

**GLEN HEGAR, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; AND KEN PAXTON IN HIS OFFICIAL CAPACITY.**
*Appellees.*

On Appeal from the 98th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GV-10-000902;
The Honorable Tim Sulak, Judge Presiding

_____

### NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICERS
_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellees give notice that Glenn Hegar succeeded Susan Combs as Comptroller of Public Accounts of the State of Texas on January 2, 2015, and Ken Paxton succeeded Greg Abbott as Attorney General of the State of Texas on January 5, 2015.

Accordingly, the Appellees now should be designated as "Glenn Hegar,

Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney

General of the State of Texas."

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts
Division

/s/ Jack Hohengarten

JACK HOHENGARTEN
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts
Division
State Bar No. 09812200
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-3503
Telecopier: (512) 477-2348
jack.hohengarten@texasattorneygeneral.gov

ATTORNEYS FOR APPELLEES

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2015, the above and foregoing *Defendants' Notice of Substitution*, was served on the following attorneys of record via File & Serve Express and as shown below:

Samuel T. Jackson
LAW OFFICE OF SAMUEL JACKSON
P.O. Box 170633
Arlington, TX 76003-0633
TEL: (817) 751-7155
FAX: (866) 374-0164
E-mail: jacksonlaw@hotmail.com
*Attorney for Appellants*


 */s/ Jack Hohengarten*
Jack Hohengarten
Assistant Attorney General